IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JESSE LEE GARRETT
ADC#656385                                                                PLAINTIFF

v.                          No. 4:25-cv-1001-DPM

WATKINS, Captain, #F300, Faulkner
County Detention Center, Unit 1 & 2;
ROWE, Sgt., Booking Area, Faulkner
County Detention Center, Unit 2; DOES,
All Officer Involved in Arrest, Conway
Police Department; All
Individuals/Officers Involved in
Bookings, Faulkner County Detention
Center Unit 1 & 2; CONWAY POLICE
DETENTION CENTER; and FAULKNER
COUNTY DETENTION CENTER                                    DEFENDANTS

ORDER

Request for production, *Doc. 4*, denied. This case is stayed. Motion to reopen or status report due by 5 October 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 October 2025