IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JESSE LEE GARRETT
ADC#656385                                                                          PLAINTIFF

v.                          No. 4:25-cv-1001-DPM

WATKINS, Captain, #F300, Faulkner
County Detention Center, Unit 1 & 2;
ROWE, Sgt., Booking Area, Faulkner
County Detention Center, Unit 2; DOES,
All Officer Involved in Arrest, Conway
Police Department; All
Individuals/Officers Involved in
Bookings, Faulkner County Detention
Center Unit 1 & 2; CONWAY POLICE
DEPARTMENT; and FAULKNER
COUNTY DETENTION CENTER                                          DEFENDANTS

ORDER

Garrett's motion for recusal, *Doc. 6*, is denied. Adverse rulings do not show bias. *Liteky v. United States*, 510 U.S. 540, 555 (1994). My impartiality could not reasonably be questioned. 28 U.S.C. § 455(a). The Court understands Garrett's frustration with the stay. But the applicable law says that this Court must abstain from proceeding with his federal civil case while his state criminal case is ongoing. *Younger v. Harris*, 401 U.S. 37, 43–45 (1971). Motion to reopen or status report due by 5 October 2026.

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

29 October 2025