IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JESSE LEE GARRETT
ADC#656385                                                          PLAINTIFF

v.                       No. 4:25-cv-1001-DPM

WATKINS, Captain, #F300, Faulkner
County Detention Center, Unit 1 & 2;
ROWE, Sgt., Booking Area, Faulkner
County Detention Center, Unit 2; DOES,
All Officer Involved in Arrest, Conway
Police Department; All
Individuals/Officers Involved in
Bookings, Faulkner County Detention
Center Unit 1 & 2; CONWAY POLICE
DEPARTMENT; and FAULKNER
COUNTY DETENTION CENTER                                             DEFENDANTS

ORDER

Garrett's motions to amend, for appointment of counsel, for document production, and to preserve discovery, *Doc. 8 & 9*, are denied. This case is stayed. No action may be taken in it until Garrett's state criminal case is resolved, including any appeal. *Doc. 3 at 2–3*. Garrett is free to seek preservation of the booking footage, body-cam footage, and medical records in the state case. Motion to reopen or status report due by 5 October 2026.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 November 2025