**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JESSE LEE GARRETT
ADC #656385** **PLAINTIFF**

**v.** **No. 4:25-cv-1001-DPM**

**WATKINS, Captain, #F300, Faulkner County Detention Center, Unit 1 & 2; ROWE, Sgt., Booking Area, Faulkner County Detention Center, Unit 2; DOES, All Officers Involved in Arrest, Conway Police Department; All Individuals/ Officers Involved in Bookings, Faulkner County Detention Center Unit 1 & 2; CONWAY POLICE DEPARTMENT; and FAULKNER COUNTY DETENTION CENTER** **DEFENDANTS**

**ORDER**

The Court stayed and administratively terminated this case pending the resolution of Garrett's state criminal proceedings. *Doc. 3*. Garrett says that Court got it wrong. *Doc. 11*. He asks the Court to reopen his case, explaining that the excessive force he complains about occurred on 2 August 2025, not 6 August 2025.

The Court notices the public criminal records in Garrett's criminal cases. *Stutzka v. McCarville*, 420 F.3d 757, 760 n.2 (8th Cir. 2005). The timeline is a bit murky. It appears that Garrett was arrested on

2 August 2025. *Doc. 11*; *State v. Garrett*, CWC-25-2543 (Faulkner County) for some misdemeanors. Four days later, he was arrested again and was charged this time with a misdemeanor and two felonies. *Doc. 11*; *State v. Garrett*, 23CR-25-881 (Faulkner County). In support of his excessive force claim, Garrett pleads that officers injured his wrist, which then was treated at Baptist Hospital. *Doc. 2 at 4*. The warrant affidavit for his August 6th arrest says that Garrett was taken to Baptist Medical Center and treated for a wrist injury. *Garrett*, 23CR-25-881 (Affidavit for Warrant). Plus, both his misdemeanor and felony cases remain pending.

Taking all this together, the Court should and does abstain from proceeding with Garrett's federal case because the criminal cases are ongoing. Garrett can move to reopen this case after final disposition of his state cases, including any appeal. Any motion to reopen must be filed within sixty days of that final disposition. If Garrett doesn't file a timely motion to reopen or a status report by 18 December 2026, then the Court will reopen the case and dismiss it without prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

10 August 2026