IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSE LEE GARRETT**
**ADC #656385** **PLAINTIFF**

**v.** **No. 4:25-cv-1001-DPM**

**WATKINS, Captain, #F300, Faulkner County Detention Center, Unit 1 & 2; ROWE, Sgt., Booking Area, Faulkner County Detention Center, Unit 2; DOES, All Officers Involved in Arrest, Conway Police Department; All Individuals/ Officers Involved in Bookings, Faulkner County Detention Center Unit 1 & 2; CONWAY POLICE DEPARTMENT; and FAULKNER COUNTY DETENTION CENTER** **DEFENDANTS**

## ORDER

Garrett's motion to reopen case, for discovery, and for appointment of counsel, *Doc. 13*, is denied. This case is stayed. No action may be taken in it until Garrett's state criminal case is resolved, including any appeal. *Doc. 3, 10, & 12*. The Arkansas Rules of Civil Procedure and the Rules of the Arkansas Supreme Court and Court of Appeals also don't apply to this federal case. Motion to reopen or status report due by 18 December 2026.

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 October 2026